**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST CO.,    No. C-10-02624 EDL

    Plaintiff,                                    **REASSIGNMENT ORDER**

  v.

CECIL CABALU, et al.,

    Defendants.
_____/

In view of the Report and Recommendation filed on September 30, 2010, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

Dated: September 30, 2010

                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge