**\*E-Filed 11/22/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DEUTSCHE BANK NATIONAL TRUST CO.,

           Plaintiff,

  v.

CECIL CABALU, et al.,

           Defendant.
_____/

No. C 10-2624 RS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On September 21, 2010, Magistrate Judge Laporte held a hearing on plaintiff Deutsche Bank's motion to remand this unlawful detainer suit to Alameda County Superior Court. Defendants did not oppose the motion, but defendant Cecil Cabalu did attend the hearing. In a report and recommendation filed on September 30, 2010, Judge Laporte granted plaintiff's motion to remand on the grounds that subject matter jurisdiction was lacking but denied plaintiff's request for attorney fees.[1] Cabalu did not oppose the report and recommendation. The Court has reviewed Judge Laporte's extensive and thorough report and recommendation and adopts it here in full. Accordingly, the clerk should close the case and direct appropriate materials to the Alameda County Superior Court.

---

[1] While the plaintiff and defendant Cecil Cabalu consented to magistrate jurisdiction, two counter-defendants were served but failed to consent. Accordingly, the matter was reassigned to this Court.

No. C 10-2624 RS
ORDER

|   |   |
|---|---|
| 1 | IT IS SO ORDERED. |
| 4 | Dated: 11/22/2010 |

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-2624 RS
ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Cecil Cabalu**
239 Acacia Street
Tracy, CA 95376

**Natividad Cabalu**
5266 Falmouth Place
Newark, CA 94560

DATED: 11/22/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.

No. C 10-2624 RS
ORDER

3